LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA DE LA LUZ ACOSTA CASTILLO, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:23-cv-04881- JC <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED FIFTY-ONE DOLLLARS AND 50/100 ($1,751.50) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  August 24, 2023

                              /s/
_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE